# SPECIAL ORDERS

*Order Entered August 22, 1997:*

*In re* CALDWELL, Docket No. 197219. The Court orders that a special panel shall be convened pursuant to Administrative Order No. 1996-4 to resolve the conflict between this case and *In re Halbert*, 217 Mich App 607 (1996).

The Court further orders that the opinion in this case released August 8, 1997, is hereby vacated.

The appellant may file a supplemental brief within 28 days of the clerk's certification of this order. Appellee may file a supplemental brief within 21 days of service of appellant's brief. Nine copies must be filed with the Clerk of the Court.